UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:21-CR-53-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER TO SEAL** |
| v. ) | **[DOCKET ENTRY NUMBER 210]** |
| ) | |
| JOSIAH KEARNEY, ) | |
| ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 210 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the 13 day of April, 2022.

_/s/ Dever_
James C. Dever III
United States District Judge